IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00230-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. JAVIER SEGURA-CISNEROS,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Javier Segura-Cisneros is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 16th day of September, 2015.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge